# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN, et al., | Case No. 1: 25-cv-00563-KES-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS EMMA DUNN <u>AND</u> ALANA DUNN TO SUBMIT APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR PAY ONE FILING FEE WITHIN 21 DAYS |
| v. | |
| BRISTOL WEST dba FARMERS INSURANCE GROUP, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO FORWARD <u>TWO</u> IN FORMA PAUPERIS APPLICATIONS |
| | **TWENTY-ONE DAY DEADLINE** |

Plaintiffs Emma Dunn and Alana Dunn are each proceeding pro se in an action filed on May 12, 2025. (ECF No. 1.) Plaintiffs have not paid the $405.00 filing fee nor have they submitted applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

To proceed in this action, Plaintiffs must EITHER (1) pay one $405.00 filing fee, or (2) **both** Plaintiffs may submit applications to proceed in forma pauperis. See <u>Darden v. Indymac Bancorp, Inc.</u>, No. S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009) ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed in forma pauperis unless *all of them* demonstrate inability to pay the filing fee") (emphasis added); <u>see also Anderson v. California</u>, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed in forma pauperis, *each plaintiff* must qualify for IFP status") (emphasis added).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to forward **two** *in forma pauperis* applications;

2. Within twenty-one (21) days of the date of service of this order, Plaintiffs shall either (1) pay one $405.00 filing fee for this action; or (2) Plaintiffs Emma Dunn and Alana Dunn shall each submit one of the attached applications to proceed *in forma pauperis*, completed and signed;

3. No requests for extensions will be granted without a showing of good cause; and

4. Failure to comply with this order will result in recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **May 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2