# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN, et al., | Case No. 1: 25-cv-00563-KES-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF ALANA DUNN TO FILE A LONG FORM APPLICATION |
| v. | |
| BRISTOL WEST dba FARMERS INSURANCE GROUP, et al., | (ECF No. 5) |
| | **TWENTY-ONE DAY DEADLINE** |
| Defendants. | |

Emma Dunn and Alana Dunn (collectively, "Plaintiffs"), proceeding *pro se*, filed this action on May 12, 2025.[1] (ECF No. 1.) Plaintiffs did not pay the filing fee, nor did they submit applications to proceed in forma pauperis. (ECF No. 2.) On May 14, 2025, the Court ordered that Plaintiffs either (1) pay one $405.00 filing fee for this action; or (2) each Plaintiff submit an application to proceed in forma pauperis, completed and signed, within twenty-one (21) days of service of the order. (Id.)

On June 9, 2025, Plaintiff Alana Dunn filed an incomplete application to proceed in formal pauperis. (ECF No. 5.) Specifically, in Question 3, Plaintiff answered that she had received income from a business, profession, or other self-employment in the past twelve months.

---

[1] The Court notes Plaintiffs filed what appeared to be two separate complaints, separated by different caption pages, within the same document. The Clerk of Court filed each complaint in separate actions. See Case. No. 25-cv-00565-JLT-BAM. The only defendants named in the complaint filed in this action are Bristol West dba Farmers Insurance Group and Kamper dba Infinity Insurances.

1  (Id. at 2.)  However, Plaintiff failed to respond to the second portion of Question 3, which
2  requests that she describe how much she has received from a business, profession, or other self-
3  employment in the last twelve months and what she expects to receive in the future.  (Id.)

4        The Court cannot determine from the information provided in the incomplete application
5  whether Plaintiff is entitled to proceed in this action without prepayment of fees.  Further, based
6  upon the additional information provided by Plaintiff in the short form application, an
7  Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239
8  would aid the Court.  If Plaintiff is unwilling to complete and submit the long form application,
9  Plaintiffs must pay the filing fee in full.

10       Accordingly, IT IS HEREBY ORDERED that:

11     1.    The Clerk of the Court is directed to forward an in forma pauperis application
12       (Long Form) to Plaintiff Alana Dunn;

13     2.    Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1)
14       pay one $405.00 filing fee for this action, or (2) each Plaintiff shall file a long
15       form application to proceed in forma pauperis without prepayment of the fee; and

16     3.    Failure to comply with this order will result in recommendation that Plaintiff's
17       motion to proceed in forma pauperis be denied.

IT IS SO ORDERED.

Dated:  **June 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2