# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BRISTOL WEST dba FARMERS INSURANCE GROUP, et al.,<br><br>　　　　　Defendants. | Case No. 1: 25-cv-00563-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF EMMA DUNN TO FILE A LONG FORM APPLICATION<br><br>(ECF No. 4)<br><br>**TWENTY-ONE DAY DEADLINE** |

Emma Dunn and Alana Dunn (collectively, "Plaintiffs"), proceeding *pro se*, filed this action on May 12, 2025.[1] (ECF No. 1.) Plaintiffs did not pay the filing fee, nor did they submit applications to proceed in forma pauperis. (ECF No. 2.) On May 14, 2025, the Court ordered that Plaintiffs either (1) pay one $405.00 filing fee for this action; or (2) each Plaintiff submit an application to proceed in forma pauperis, completed and signed, within twenty-one (21) days of service of the order. (Id.)

On June 9, 2025, Plaintiff Emma Dunn filed an incomplete application to proceed in formal pauperis. (ECF No. 4.) Specifically, in Question 3, Plaintiff answered that she had received income from disability, or worker's compensation payments in the past twelve months.

---

[1] The Court notes Plaintiffs filed what appeared to be two separate complaints, separated by different caption pages, within the same document. The Clerk of Court filed each complaint in separate actions. See Case. No. 25-cv-00565-JLT-BAM. The only defendants named in the complaint filed in this action are Bristol West dba Farmers Insurance Group and Kamper dba Infinity Insurances.

(Id. at 2.) However, Plaintiff failed to respond to the second portion of Question 3, which requests that she describe how much she has received in disability or worker's compensation payments in the last twelve months and what she expects to receive in the future. (Id.)

The Court cannot determine from the information provided in the incomplete application whether Plaintiff is entitled to proceed in this action without prepayment of fees. Further, based upon the additional information provided by Plaintiff in the short form application, an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 would aid the Court. If Plaintiff is unwilling to complete and submit the long form application, Plaintiffs must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an in forma pauperis application (Long Form) to Plaintiff Emma Dunn;

2. Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1) pay one $405.00 filing fee for this action, or (2) each Plaintiff shall file a long form application to proceed in forma pauperis without prepayment of the fee; and

3. Failure to comply with this order will result in recommendation that Plaintiff's motion to proceed in forma pauperis be denied.

IT IS SO ORDERED.

Dated:   **June 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2