UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA DUNN, et al., | Case No. 1:25-cv-00563-KES-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | Docs. 4, 5, 8, 9, 11 |
| BRISTOL WEST dba FARMERS INSURANCE GROUP, et al., | |
| Defendants. | |

The assigned magistrate judge issued findings and recommendations recommending that plaintiff Alana Dunn's application to proceed *in forma pauperis* be denied and that plaintiffs be directed to pay one $405.00 filing fee in full to proceed with this action because the information plaintiff Alana Dunn provided to the Court reflects that she is financially able to pre-pay the filing fee to commence this action. Doc. 11. Those findings and recommendations were served on plaintiffs and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* at 4–5. Plaintiffs filed a document titled "Amend: Forma Pauperis Application" on July 14, 2025. Doc. 12.

Consistent with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

1 | Accordingly,

2 | 1. The findings and recommendations issued on July 1, 2025, Doc. 11, are ADOPTED in
3 | full.
4 | 2. In accordance with 28 U.S.C. § 1915(g), plaintiff Alana Dunn's application to proceed in
5 | forma pauperis, Docs. 5, 8, is DENIED.
6 | 3. Within thirty (30) days following the date of service of this order, plaintiffs shall pay one
7 | $405.00 filing fee in full to proceed with this action. If plaintiffs fail to pay the filing fee
8 | within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:  July 22, 2025

_____
UNITED STATES DISTRICT JUDGE

2